BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cv-01548 MCE-EFB |
| ) | |
| Plaintiff, ) | NOTICE OF NON-COMPLIANCE |
| ) | WITH LOCAL RULES; and |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY $6,267.00 IN U.S. ) | |
| CURRENCY, ) | DATE: N/A |
| ) | TIME: N/A |
| Defendant. ) | COURTROOM: N/A |
| ) | |

On July 12, 2010, Mui Nhi Phung, Hung Ly, and Hieu Nguyen, filed claims in the above-captioned case. These claims do not comply with Local Rule 131(a) because the individual claimant's address and telephone number do not appear anywhere on the document. Instead, in the upper left hand corner of each claim the names of all the defendants in the related criminal case (<u>United States v. Chong</u>, et al., 2:10-CR-00042 MCE) are listed.

For these reasons, plaintiff requests that the Court order that each claimant file an amended claim that complies with Local

//

//

1 | Rule 131(a) within 7 days of service of the order.
2 |
3 | Dated: <u>July 16, 2010</u>          BENJAMIN B. WAGNER
                                         United States Attorney
4 |
5 |                              By   /s/ Kristin S. Door
                                      KRISTIN S. DOOR
6 |                                   Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED.
9 | DATED: July 20, 2010.
                                      EDMUND F. BRENNAN
10|                                   UNITED STATES MAGISTRATE JUDGE