BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-01548-KJM-EFB |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $6,267.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against Approximately $6,267.00 in U.S. Currency (hereafter "defendant currency") seized on or about January 14, 2010.

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 21, 2010, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.      On June 21, 2010, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on June 29, 2010.

4.      Beginning on June 23, 2010, for at least 30 consecutive days, the United States published notice of the Forfeiture Action on the official internet government

/////

1

forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on August 17, 2010.

5.    In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.    Dassany Keophimanh
    b.    Robert Ly
    c.    Hieu Nguyen
    d.    Mui Nhi Phung
    e.    Mickey Ly
    f.    Hung Ly
    g.    My Ngo

6.    Claimant Dassany Keophimanh filed a Verified Claim on July 1, 2010, and an Answer on July 20, 2010.  Claimants Hung Ly, Hieu Nguyen, and Mui Nhi Phung filed Verified Claims on July 21, 2010, and each filed an Answer on September 1, 2010.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.    The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Robert Ly, Mickey Ly, and My Ngo on August 20, 2013.  Pursuant to Local Rule 540, the United States and the claimants request that, as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interests, if any, of Robert Ly, Mickey Ly, and My Ngo without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.    The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.    That judgment is hereby entered against claimants Dassany Keophimanh, Hung Ly, Hieu Nguyen, and Mui Nhi Phung, and all other potential claimants who have not filed claims in this action.

3.    Upon entry of this Final Judgment of Forfeiture, $3,767.00 of the $6,267.00 in U.S. Currency, together with any interest that may have accrued on the total amount

seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.     Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $500.00 of the $6,267.00 in U.S. Currency shall be returned to claimant Dassany Keophimanh through her attorney Scott N. Cameron, $750.00 of the $6,267.00 in U.S. Currency shall be returned to claimant Hung Ly, $500.00 of the $6,267.00 in U.S. Currency shall be returned to claimant Hieu Nguyen, and $750.00 of the $6,267.00 in U.S. Currency shall be returned to claimant Mui Nhi Phung.

5.     That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6.     Claimants Dassany Keophimanh, Hung Ly, Hieu Nguyen, and Mui Nhi Phung waived any and all claim or right to interest that may have accrued on the defendant currency.

7.     That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on June 21, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.     All parties are to bear their own costs and attorneys' fees.

///
///
///
///

3

9.    The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 23rd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed June 21, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED:  October 23, 2013.

_____
UNITED STATES DISTRICT JUDGE

4